# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.254.207.112 | OC3 Networks & Web Solutions | 2011-03-28 11:06:07 PM |
| 173.51.105.146 | Verizon Online | 2011-04-24 06:14:17 AM |
| 173.58.239.205 | Verizon Online | 2011-04-26 02:09:46 AM |
| 173.58.244.136 | Verizon Online | 2011-04-04 02:38:32 PM |
| 173.58.97.117 | Verizon Online | 2011-04-08 12:24:36 AM |
| 209.237.232.15 | Unitedlayer | 2011-04-27 11:16:08 PM |
| 24.10.109.123 | Comcast Cable Communications | 2011-04-12 06:31:40 AM |
| 24.130.249.212 | Comcast Cable Communications | 2011-04-14 08:14:18 AM |
| 24.165.90.71 | Road Runner | 2011-03-29 10:17:57 PM |
| 24.23.163.7 | Comcast Cable Communications | 2011-04-08 12:59:03 PM |
| 24.4.126.107 | Comcast Cable Communications | 2011-03-29 10:17:27 PM |
| 24.4.51.10 | Comcast Cable Communications | 2011-03-28 10:56:03 PM |
| 24.5.193.24 | Comcast Cable Communications | 2011-03-31 10:13:57 PM |
| 24.6.89.130 | Comcast Cable Communications | 2011-04-14 08:24:18 AM |
| 24.7.169.189 | Comcast Cable Communications | 2011-04-29 06:17:18 AM |
| 24.7.47.81 | Comcast Cable Communications | 2011-04-26 01:59:17 AM |
| 66.160.133.102 | Hurricane Electric | 2011-04-04 02:26:10 PM |
| 66.214.235.105 | Charter Communications | 2011-04-12 12:34:51 PM |
| 66.214.26.177 | Charter Communications | 2011-03-29 12:41:37 AM |
| 66.215.227.152 | Charter Communications | 2011-04-24 07:58:19 AM |
| 66.215.63.15 | Charter Communications | 2011-04-11 10:42:09 PM |
| 66.74.53.109 | Road Runner | 2011-03-29 09:30:36 PM |
| 66.91.228.141 | Road Runner | 2011-04-30 03:30:48 AM |
| 67.116.242.110 | AT&T Internet Services | 2011-04-12 01:50:23 PM |
| 67.169.117.30 | Comcast Cable Communications | 2011-05-11 06:07:40 AM |
| 67.180.121.170 | Comcast Cable Communications | 2011-04-30 07:37:55 AM |
| 67.180.92.59 | Comcast Cable Communications | 2011-03-29 09:44:56 PM |
| 67.181.21.204 | Comcast Cable Communications | 2011-05-05 02:36:14 AM |
| 67.182.114.80 | Comcast Cable Communications | 2011-03-31 07:38:46 PM |
| 67.182.8.225 | Comcast Cable Communications | 2011-04-29 01:19:40 PM |
| 67.188.135.67 | Comcast Cable Communications | 2011-04-21 03:56:33 PM |
| 67.188.197.223 | Comcast Cable Communications | 2011-04-14 05:12:42 AM |
| 67.188.235.26 | Comcast Cable Communications | 2011-03-31 08:27:17 PM |
| 67.188.40.29 | Comcast Cable Communications | 2011-04-17 05:32:44 PM |
| 67.49.65.120 | Road Runner | 2011-05-02 03:00:35 PM |
| 68.120.193.67 | AT&T Internet Services | 2011-04-24 02:38:40 AM |
| 68.126.143.205 | AT&T Internet Services | 2011-04-08 09:22:16 PM |
| 68.189.36.190 | Charter Communications | 2011-04-14 08:31:18 AM |
| 68.189.50.4 | Charter Communications | 2011-03-29 11:48:29 PM |
| 68.225.248.36 | Cox Communications | 2011-03-31 07:24:17 PM |
| 68.5.122.173 | Cox Communications | 2011-03-30 05:20:42 AM |
| 68.5.197.19 | Cox Communications | 2011-04-17 12:19:56 AM |
| 68.7.172.94 | Cox Communications | 2011-03-29 09:46:04 PM |
| 68.7.196.111 | Cox Communications | 2011-04-05 03:11:17 AM |
| 68.8.2.44 | Cox Communications | 2011-04-16 02:17:18 AM |
| 69.110.79.32 | AT&T Internet Services | 2011-04-08 05:17:45 AM |

| IP Address | Provider | Date/Time |
|---|---|---|
| 69.181.93.120 | Comcast Cable Communications | 2011-04-29 01:38:31 PM |
| 69.236.71.0 | AT&T Internet Services | 2011-04-29 05:16:59 PM |
| 69.62.171.112 | Surewest Broadband | 2011-03-30 01:59:03 AM |
| 69.99.141.20 | Cellco Partnership DBA Verizon Wireless | 2011-04-06 03:15:05 PM |
| 70.136.156.65 | AT&T Internet Services | 2011-04-16 02:54:12 PM |
| 70.137.160.48 | AT&T Internet Services | 2011-03-30 05:45:40 AM |
| 70.179.18.75 | Cox Communications | 2011-05-11 01:44:32 AM |
| 70.179.29.183 | Cox Communications | 2011-04-08 12:18:41 AM |
| 70.181.196.185 | Cox Communications | 2011-03-31 08:56:31 PM |
| 70.181.198.26 | Cox Communications | 2011-03-31 11:23:38 PM |
| 70.187.173.156 | Cox Communications | 2011-05-08 10:57:10 AM |
| 70.231.247.5 | AT&T Internet Services | 2011-04-01 02:09:23 AM |
| 71.137.240.20 | AT&T Internet Services | 2011-04-16 11:11:58 PM |
| 71.137.250.37 | AT&T Internet Services | 2011-04-16 04:51:43 PM |
| 71.160.42.209 | Verizon Online | 2011-04-20 01:05:07 PM |
| 71.165.54.130 | Verizon Online | 2011-04-08 08:20:21 AM |
| 71.193.46.187 | Comcast Cable Communications | 2011-03-29 01:45:09 AM |
| 71.195.113.135 | Comcast Cable Communications | 2011-03-30 12:34:32 AM |
| 71.198.100.27 | Comcast Cable Communications | 2011-04-21 12:55:50 PM |
| 71.202.25.31 | Comcast Cable Communications | 2011-05-03 01:58:53 AM |
| 71.84.98.172 | Charter Communications | 2011-04-08 12:34:58 PM |
| 72.129.58.142 | Road Runner | 2011-05-04 04:07:08 PM |
| 72.129.93.7 | Road Runner | 2011-03-30 02:35:34 AM |
| 72.129.97.141 | Road Runner | 2011-04-21 02:26:23 PM |
| 72.130.141.238 | Road Runner | 2011-03-29 09:33:25 PM |
| 72.130.171.248 | Road Runner | 2011-05-06 05:31:15 PM |
| 72.207.20.15 | Cox Communications | 2011-04-18 01:20:47 AM |
| 72.207.87.111 | Cox Communications | 2011-04-19 11:32:43 PM |
| 72.219.184.122 | Cox Communications | 2011-04-15 04:31:30 PM |
| 74.100.46.142 | Verizon Online | 2011-04-28 08:16:30 PM |
| 74.61.245.127 | Clearwire | 2011-03-31 10:59:32 PM |
| 75.140.18.8 | Charter Communications | 2011-03-29 09:30:33 PM |
| 75.140.76.67 | Charter Communications | 2011-04-07 07:49:36 AM |
| 75.20.206.55 | AT&T Internet Services | 2011-04-11 04:12:01 PM |
| 75.22.191.76 | AT&T Internet Services | 2011-04-04 07:56:36 PM |
| 75.28.105.179 | AT&T Internet Services | 2011-03-31 07:24:15 PM |
| 75.35.108.22 | AT&T Internet Services | 2011-03-29 09:48:09 PM |
| 75.35.114.55 | AT&T Internet Services | 2011-05-02 03:15:38 PM |
| 75.82.131.102 | Road Runner | 2011-03-28 11:55:06 PM |
| 75.82.60.213 | Road Runner | 2011-04-23 11:33:05 PM |
| 75.83.32.116 | Road Runner | 2011-04-16 04:32:44 PM |
| 75.85.46.231 | Road Runner | 2011-04-17 05:48:36 AM |
| 76.102.182.89 | Comcast Cable Communications | 2011-04-17 09:05:09 PM |
| 76.102.212.155 | Comcast Cable Communications | 2011-03-30 02:37:04 AM |
| 76.102.225.131 | Comcast Cable Communications | 2011-04-16 11:46:26 PM |
| 76.102.77.124 | Comcast Cable Communications | 2011-04-13 03:18:26 AM |
| 76.103.148.115 | Comcast Cable Communications | 2011-04-17 11:09:21 AM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 76.105.47.37 | Comcast Cable Communications | 2011-03-30 04:20:37 AM |
| 76.114.31.245 | Comcast Cable Communications | 2011-04-17 10:29:50 AM |
| 76.126.113.238 | Comcast Cable Communications | 2011-05-03 12:38:51 AM |
| 76.127.74.225 | Comcast Cable Communications | 2011-04-11 04:12:01 PM |
| 76.14.55.148 | Wave Broadband | 2011-04-20 03:23:50 AM |
| 76.168.213.26 | Road Runner | 2011-04-30 05:34:50 AM |
| 76.168.31.189 | Road Runner | 2011-04-14 08:16:18 AM |
| 76.169.205.189 | Road Runner | 2011-04-14 03:15:00 PM |
| 76.169.41.88 | Road Runner | 2011-03-30 05:15:10 AM |
| 76.170.152.214 | Road Runner | 2011-04-05 08:20:56 AM |
| 76.171.110.96 | Road Runner | 2011-04-07 11:40:45 AM |
| 76.172.130.150 | Road Runner | 2011-03-30 12:06:00 AM |
| 76.172.159.89 | Road Runner | 2011-04-27 07:25:00 PM |
| 76.172.176.192 | Road Runner | 2011-03-29 10:48:33 PM |
| 76.172.254.197 | Road Runner | 2011-03-29 03:28:12 AM |
| 76.173.250.88 | Road Runner | 2011-03-30 05:35:40 AM |
| 76.173.38.150 | Road Runner | 2011-04-21 04:19:35 AM |
| 76.174.220.68 | Road Runner | 2011-04-04 10:42:48 PM |
| 76.174.78.50 | Road Runner | 2011-03-29 10:19:27 PM |
| 76.174.83.160 | Road Runner | 2011-03-29 11:51:03 PM |
| 76.198.71.121 | AT&T Internet Services | 2011-04-19 05:03:04 PM |
| 76.20.24.159 | Comcast Cable Communications | 2011-04-05 12:49:33 PM |
| 76.213.159.103 | AT&T Internet Services | 2011-04-15 08:16:37 PM |
| 76.214.29.179 | AT&T Internet Services | 2011-05-03 07:43:05 AM |
| 76.232.200.22 | AT&T Internet Services | 2011-04-17 05:48:36 AM |
| 76.254.49.211 | AT&T Internet Services | 2011-04-14 09:20:50 AM |
| 76.254.53.127 | AT&T Internet Services | 2011-04-14 07:09:45 AM |
| 76.79.188.228 | Road Runner | 2011-03-29 09:46:26 PM |
| 76.88.39.27 | Road Runner | 2011-04-29 07:37:21 AM |
| 76.89.187.75 | Road Runner | 2011-04-16 05:16:14 PM |
| 76.90.170.55 | Road Runner | 2011-04-16 11:55:34 AM |
| 76.91.164.214 | Road Runner | 2011-03-28 10:51:05 PM |
| 76.91.211.87 | Road Runner | 2011-04-16 01:18:19 AM |
| 76.91.51.96 | Road Runner | 2011-04-17 12:40:31 AM |
| 76.93.233.225 | Road Runner | 2011-05-06 08:10:58 AM |
| 76.94.253.16 | Road Runner | 2011-03-28 11:08:05 PM |
| 96.229.215.210 | Verizon Online | 2011-03-29 01:22:37 AM |
| 97.93.120.218 | Charter Communications | 2011-04-06 11:05:21 PM |
| 97.94.161.54 | Charter Communications | 2011-04-15 08:48:07 PM |
| 98.112.146.243 | Verizon Online | 2011-04-14 12:07:36 AM |
| 98.148.25.26 | Road Runner | 2011-05-03 12:25:20 AM |
| 98.149.22.107 | Road Runner | 2011-03-29 09:45:56 PM |
| 98.149.75.176 | Road Runner | 2011-04-05 07:06:37 AM |
| 98.151.230.93 | Road Runner | 2011-04-06 01:34:42 AM |
| 98.207.220.40 | Comcast Cable Communications | 2011-03-29 12:33:06 AM |
| 98.248.180.33 | Comcast Cable Communications | 2011-03-28 10:53:05 PM |
| 98.248.193.52 | Comcast Cable Communications | 2011-04-21 11:37:10 PM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 98.248.246.185 | Comcast Cable Communications | 2011-04-08 09:55:55 AM |
| 99.185.249.170 | AT&T Internet Services | 2011-03-29 09:52:27 PM |
| 99.187.236.206 | AT&T Internet Services | 2011-04-22 06:04:52 AM |
| 99.33.30.243 | AT&T Internet Services | 2011-03-30 02:47:35 AM |
| 99.33.92.125 | AT&T Internet Services | 2011-04-22 03:59:18 AM |
| 99.35.224.196 | AT&T Internet Services | 2011-04-22 08:55:26 AM |
| 99.38.150.101 | AT&T Internet Services | 2011-04-23 05:59:04 AM |
| 99.55.172.41 | AT&T Internet Services | 2011-04-14 08:36:48 AM |
| 99.7.126.70 | AT&T Internet Services | 2011-04-05 03:29:47 PM |