1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                   IN THE UNITED STATES DISTRICT COURT FOR THE
7
                         NORTHERN DISTRICT OF CALIFORNIA
8

9

10 MCGIP LLC,                        )   **Case No.**
                                     )
11              Plaintiff,           )
                                     )
12       v.                          )   **CORPORATE PARTY DISCLOSURE**
                                     )   **STATEMENT AND CERTIFICATION OF**
13 DOES 1-149,                       )   **INTERESTED ENTITIES OR PERSONS**
                                     )
14              Defendants.          )
                                     )
15 _____    )

16

17
          **CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF**
18                        **INTERESTED ENTITIES OR PERSONS**

19

20
       Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of
21
   record, hereby submits that MCGIP LLC does not have a parent corporation that owns 10% or more
22
   of its stock.
23
       Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the
24
   undersigned believes there are no known persons, associations of persons, firms, partnerships,
25
   corporations (including parent corporations), or other entities (other than the parties themselves) that
26
   may have personal or affiliated financial interest in the subject matter in controversy, or any other
27
   kind of interest that could be substantially affected by the outcome of the proceeding other than the
28

parties. In other words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully Submitted,

Steele Hansmeier PLLC.

**DATED: May 11, 2011**

By: _____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

2
CORPORATE AND INTERESTED PARTY DISCLOSURE                                    Case No.