UNITED STATES DISTRICT COURT<br>
For the Northern District of California

1
2
3
4
5
6
7

8      UNITED STATES  DISTRICT COURT

9         Northern District of California

10            Oakland Division

11   MCGIP, LLC,                                No. C 11-02331 LB

12              Plaintiff,        **ORDER DENYING PLAINTIFF'S**
        v.                        **MOTION TO SHORTEN TIME**
13
     DOES 1-49,                                **[ECF No. 11]**
14
              Defendants.
15   _____/

16      On August 5, 2011, Plaintiff MCGIP, LLC filed a motion for leave to file an amended complaint.

17   Motion, ECF No. 10.[1]  MCGIP also filed a motion to shorten time and requested that the court hear

18   its motion for leave to file an amended complaint on August 18, 2011.  Motion to Shorten Time,

19   ECF No. 11.  The motion for leave to file an amended complaint is currently scheduled for

20   September 15, 2011.  The court **DENIES** MCGIP's motion to shorten time.  The court **HEREBY**

21   **CONTINUES** oral argument on MCGIP's motion to September 22, 2011 at 11:00 a.m.

22      This disposes of ECF No. 11.

23      **IT IS SO ORDERED.**

24   Dated: August 12, 2011

25                                        _____
                                          LAUREL BEELER
26                                        United States Magistrate Judge

27   _____

28      [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page
     number at the top of the document, not the pages at the bottom.

C 11-02331 LB
ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME