Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MCGIP, LLC, | No. C-11-02331 LB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | OF ACTION WITHOUT PREJUDICE |
| DOES 1-149, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety *without prejudice*.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

1  Plaintiff prays that the Court enter a final judgment reflecting the above.

2

3

   Respectfully Submitted,
4

                                                  STEELE HANSMEIER PLLC,
5

**DATED: September 21, 2011**
6

7                                         By:         /s/  Brett L. Gibbs, Esq.

8                                                 Brett L. Gibbs, Esq. (SBN 251000)
                                                  Steele Hansmeier PLLC.
                                                  38 Miller Avenue, #263
9                                                 Mill Valley, CA 94941
                                                  blgibbs@wefightpiracy.com
10                                                *Attorney for Plaintiff*

11

12

... (lines 13–28 blank)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/  Brett L. Gibbs
Brett L. Gibbs, Esq.